IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SB COMMUNICATION SERVICES, LLC | ) | |
| | ) | No. 3:10 CV 650 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| TECHELON CONSULTING, INC. | ) | |
| AND SABRINA L. JACOBS, | ) | |
| | ) | |
| Defendants | ) | |

Upon motion of the plaintiff, for good cause shown pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, the plaintiff, SB Communication Services, LLC, shall have and recover of the defendant, Techelon Consulting, Inc., in judgment the principal sum of $159,000 with contract interest at 2% per month from October 10, 2010 to the date of this judgment, interest from this date pursuant to 28 U.S.C. 1961, and the costs of this action.

IT IS SO ORDERED.

Signed: March 8, 2011

Frank G. Johns, Clerk
United States District Court